USDC SCAN INDEX SHEET

















RXC    1/10/02    11:53

3:02-CV-00056   BROWER V. MOTOROLA INC

*7*

*NTCF.*

ORIGINAL

FILED

JAN

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  WRIGHT & L'ESTRANGE
   Robert C. Wright (051864)
2    John H. L'Estrange (049594)
  701 B Street, Suite 1550
3  San Diego, California 92101
  (619) 231-4844
4  (619) 231-6710 (facsimile)

5  Attorneys for Defendant Motorola, Inc.

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'02 CV 0056 K (JFS)

10  GIBB BROWER AND KIM BROWER,        ) Case No.:
11        Plaintiffs,               ) CONSENT TO REMOVAL BY
                              ) DEFENDANT SONY ELECTRONICS
12      vs.                          ) INC.
13  MOTOROLA, INC., a Delaware corporation; )
  U.S. WEST WIRELESS, LLC, a Colorado )
14  Corporation; U.S. WEST )
  COMMUNICATIONS, INC., a Colorado )
15  corporation; VERIZON COMMUNICATIONS, )
  INC., a New York corporation; GTE )
16  MOBILNET OF SAN DIEGO )
  INCORPORATED, a Delaware corporation; )
17  GTE WIRELESS SAN DIEGO LLC, a )
  California Limited Liability corporation; SONY )
18  ELECTRONICS INC., a Delaware corporation; )
  CELLULAR TELECOMMUNICATIONS AND )
19  INTERNET ASSOCIATION, a District of )
  Columbia corporation; CELLULAR )
20  CARRIERS ASSOCIATION OF CALIFORNIA,)
  a California corporation and DOES 1 through )
21  100, inclusive, )
22      Defendants.                 )
                             )
23

24

25

26

27

28

Case No. _____

Francis A. Citera
Greenberg Traurig, P.C.
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Tel. (312) 456-8400
Attorneys for Defendant Sony Electronics Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBB BROWER and KIM BROWER, ) | Case No.: No. |
| ) | |
| Plaintiffs, ) | CONSENT TO REMOVAL |
| ) | |
| vs. ) | |
| ) | |
| MOTOROLA, INC., a Delaware Corporation, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

Defendant Sony Electronics Inc., without waiving, and specifically reserving, all defenses, objections, exceptions, and motions, including but not limited to lack of service, improper service, lack of personal jurisdiction, and the arbitrability of these claims, consents to, authorizes, and joins in the removal of the captioned action from the Superior Court of the State of California, County of San Diego to this Honorable Court.

Dated this 7th day of January, 2002

Francis A. Citera
Greenberg Traurig, P.C.
77 West Wacker Drive
Suite 250
Chicago, IL 60601
Tel. (312) 456-8400
Attorneys for Defendant Sony
Electronics Inc.

CONSENT   - 1